DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELITE CONSTRUCTION, INC.,**
Appellant,

v.

**BOISE CASCADE BUILDING MATERIALS DISTRIBUTION, LLC,**
Appellee.

No. 4D19-1289

[May 14, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 17-000168-(03).

William E. Stacey Jr. of William E. Stacey Jr., P.A., Fort Lauderdale, for appellant.

Joseph W. Lawrence II of Vezina, Lawrence & Piscitelli, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***